UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                      :
CHABIERAJ SINGH,                                                      :
                                                                      :
                                        Petitioner,                  :          26-CV-5370 (JMF)
                                                                      :
            -v-                                                        :          ORDER
                                                                      :
TODD BLANCHE et al.,                                                 :
                                                                      :
                                        Respondents.                 :
                                                                      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        This case has been assigned to me for all purposes.  It is hereby ORDERED that counsel
for all parties appear for a conference with the Court on **June 30, 2026** at **10:15 a.m.**  The
conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's
Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m
furman. The parties should join the conference by calling the Court's dedicated conference line
at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When
prompted for an attendee ID number, press the pound (#) key again.

        If possible, counsel should confer in advance of the conference and submit a joint letter,
no later than **June 29, 2026, at 1:00 p.m.,** indicating whether the conference is necessary and
addressing how the Court should handle the present Petition.  If counsel do not believe a
conference is required, and that briefing is appropriate, counsel should propose a briefing
schedule (expedited or otherwise) in the joint letter.

        All counsel are required to register promptly as filing users on ECF.  **All counsel must
familiarize themselves with the Court's Individual Rules, which are available at
http://nysd.uscourts.gov/judge/Furman.**  Absent leave of Court obtained by letter-motion filed
before the conference, all pretrial conferences must be attended by the attorney who will serve as
principal trial counsel.

        If this case has been settled or otherwise terminated, counsel are not required to appear,
provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination
is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event.
*See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at*
http://nysd.uscourts.gov/ecf_filing.php.

        In accordance with the Court's Individual Rules and Practices, requests for an extension

1

or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference.  The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court.  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

       SO ORDERED.

Dated: June 25, 2026
      New York, New York

                                 JESSE M. FURMAN
                                United States District Judge

2