**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 29, 2026

By ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Chabieraj Singh v. Blanche,* 26 Civ. 5370 (JMF)

Dear Judge Furman:

I write respectfully on behalf of the parties in the above-referenced matter, in which Petitioner Chabieraj Singh seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. On June 25, 2026, Your Honor issued an order scheduling a conference for 10:15 AM on June 30, 2026, and directing the parties to confer and file a joint letter by 1:00 PM today, indicating whether a conference is necessary, and if not, to submit a briefing schedule. ECF No 3.

In accordance with the Court's order, the parties have conferred and have agreed on a proposed briefing schedule: (i) the government shall file an opposition to the petition by Wednesday, July 8, 2026; and (ii) Petitioner shall file a reply, if any, by Wednesday July 15, 2026. In light of the proposed briefing schedule, the parties do not believe a conference is necessary at this time.

We thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: s/ *Erica Silverman*
Erica Silverman
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2696
E-mail: erica.silverman@usdoj.gov
*Attorney for Respondents*

In light of the representations herein, the conference scheduled for June 30, 2026 is hereby CANCELED as unnecessary. The parties' proposed briefing schedule is hereby ADOPTED.

SO ORDERED.

June 29, 2026

cc: Counsel of Petitioner (by ECF)