**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

CHABIERAJ SINGH,

Petitioner,

26 **CIVIL** 5370 (JMF)

-against-

**JUDGMENT**

TODD BLANCHE et al.,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 30, 2026, applying the Second Circuit's binding decision in *Black* to this case, the Court concludes that Singh is entitled to habeas relief. Although Singh asks the Court to order his immediate release, *see* Pet. 4, the Court concludes that his alternative request — for an individualized bond hearing at which the burden is on the Government to show, by clear and convincing evidence, the need for his continued detention and the Immigration Judge is required to consider his ability to pay and alternative means of assuring his appearance — is more appropriate. *See Black*, 103 F.4th at 155-59 (affirming the district court's order granting that relief); *see also, e.g.*, *Sheriff*, 2026 WL 1786488, at *1 (granting that relief to an LPR detained on the same grounds as Singh); *Joseph*, 2026 WL 1193489, at *1 (same); *Fortunato Tapia v. Arteta*, No. 26-CV-2527 (VSB), 2026 WL 1863849, at *4, *7 (S.D.N.Y. June 29, 2026) (same). Accordingly, no later than **August 6, 2026**, the immigration court must either (1) hold a bond hearing conforming to the foregoing requirements or (2) release Singh. *See Sheriff*, 2026 WL 1786488, at *7. No later than **August 7, 2026**, Respondents shall file a letter with the Court certifying that Singh has either received a bond hearing or been released; accordingly, the case is closed.

**DATED:** New York, New York
August 3, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**